UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SANDRA KINSELLA,                        )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )        No. 1:16-cv-02252-JMS-MPB
                                        )
INDIANA UNIVERSITY HEALTH CARE          )
ASSOCIATES, INC.,                       )
                                        )
            Defendant.                  )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Second

Motion to Reopen Case. The parties were afforded due opportunity pursuant to statute and the

rules of this Court to file objections; none were filed. The Court, having considered the Magistrate

Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and

Recommendation [96].

It is now ordered and adjudged that Plaintiff's Second Motion to Reopen Case (Docket No.

87) is **GRANTED** and the case is Reopened.


      Date: 7/19/2019

                                        Hon. Jane Magnus-Stinson, Chief Judge
                                        United States District Court
                                        Southern District of Indiana



Service made electronically to all ECF-registered counsel of record.